the alleged negligence was the proximate cause of the injury or death. Negligence on the part of the defendant must be proved and may not be founded on speculation or guess. The judgment and order should be reversed, with costs and the complaint dismissed, with costs. Clarke, P. J., concurs.

In the Matter of WILLIAM M. HARRIMAN, Deceased.— Motion to dismiss appeal denied, with leave to renew if the record on appeal be not served and filed on or before October 23, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

ETHEL J. HOWARD, Otherwise Known as SADIE HOWARD, v. BENJAMIN FRANKLIN and Another, as Executors, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed so appeal can be argued on or before October 16, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

E. H. GARCIN & Co., INC., v. ASBESTOS LIMITED, INCORPORATED.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

ARTHUR H. POGSON v. JOHN F. PENROSE, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed so that appeal can be argued on or before October 16, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of Application of EMANUEL M. KRULEWITCH v. VAN RENSSELAER ESTATES, INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure record on appeal to be filed so appeal can be argued on or before October 16, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of the Application of SAMUEL CARLSON and Others v. CHARLES L. CRAIG, as Comptroller of the City of New York.— Motion adjourned to October 16, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of the Application of EMANUEL M. KRULEWITCH v. VAN RENSSELAER ESTATES, INC., and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of the Application of WILLIAM F. MOORE, Respondent, for a Summary Order Pursuant to the Provisions of Section 330 of the Election Law.* BERNARD ARONSON, Appellant. In the Matter of the Application of WILLIAM F. MOORE, Respondent, for a Summary Order Pursuant to the Provisions of Section 330 of the Election Law.* JOHN F. O'NEIL, Appellant; THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Appellant.— In each case order affirmed, with ten dollars costs and disbursements, on the opinion of Levy, J., at Special Term. [See 125 Misc. 607.] Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of CHARLES E. ARMSTRONG, INC., Appellant, v. D. L. SILVERMAN, Respondent.— Order reversed, without costs of this appeal, and matter remitted to the Special Term to exercise its discretion as to whether or not costs should be awarded, upon the ground that the granting of costs in this special proceeding was within the discretion of the court, and the court at Special Term did not

* Amd. by Laws of 1924, chap. 405.— [REP.